PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATA KUMARI PRASAD,<br><br>    Plaintiff,<br><br>v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>    Defendant. | Case No.: 2:22-cv-00483-AC<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing; develop the record as necessary; and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 26, 2022     */s/ Nikhil Agharkar*\*
(*as authorized via e-mail on _9/23/22)
NIKHIL AGHARKAR, ESQ.
Attorneys for Plaintiff

Dated: September 26, 2022     PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel, OPL Office 7
Social Security Administration
By:   */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: September 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE